UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM BOSSEN, et al., <br><br>Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA, N.A., et al., <br><br>Defendants. | CASE NO. C18-0294JLR <br><br>ORDER TO SHOW CAUSE |

Defendants Bank of America, N.A. and KeyCorp (collectively, "Defendants") removed this case from state court on February 26, 2018. (Not. of Rem. (Dkt. # 1); Joinder in Rem. (Dkt. # 2).) On May 10, 2018, Plaintiffs William Bossen, Kelli Hembree, Donald Burrows, Kala Murray, Darlene Wilgus, Jeanne Wertsbaugh Startzman, Carol Hopkins, Darlene Conner, Heidi Whaley, Travis Jones, and Neil Evans (collectively, "Plaintiffs") filed a second amended complaint. (SAC (Dkt. # 11).) Subsequently, on June 21, 2018, Plaintiffs filed a third amended complaint against Defendants. (TAC (Dkt. # 14).)

ORDER - 1

Plaintiffs purport that Federal Rule of Civil Procedure 15(a)(1)(B) allows them to amend their complaint a third time. (*Id.* at 1.) However, Rule 15(a) only allows a party to "amend its pleading once as a matter of course." Fed. R. Civ. P. 15(a)(1). Plaintiffs have already amended their complaint once—on May 10, 2018, when they filed their second amended complaint. (*See* SAC.) As the Federal Rules instruct, "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Plaintiffs have neither provided evidence of Defendants' consent nor sought the court's leave.[1] (*See generally* TAC; Dkt.) Accordingly, the court ORDERS Plaintiffs to show cause within five (5) days of the date of this order why the court should not strike the third amended complaint for failure to comply with Federal Rule of Civil Procedure 15.

Dated this 26th day of June, 2018.

JAMES L. ROBART
United States District Judge

---

[1] The court also notes that Plaintiffs did not "attach a copy of the proposed amended pleading as an exhibit" that indicates "how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added," as is required by Local Civil Rule 15. (*See* TAC); Local Rules W.D. Wash. LCR 15. The court advises Plaintiffs to review and adhere to the Local Civil Rules for any future filings.