Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM BOSSEN, KELLI HEMBREE, DONALD BURROWS, KALA MURRAY, DARLENE WILGUS, JEANNE WERTSBAUGH STARTZMAN, CAROL HOPKINS, DARLENE CONNER, HEIDI WHALEY, TRAVIS JONES, NEIL EVANS<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., & KEYCORP, national banking associations,<br><br>Defendants. | Case No.: 2:18-cv-00294-JLR<br><br>(King County Superior Court Case No. 18-2-00381-4 SEA)<br><br>STIPULATION [AND ORDER] TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**JUNE 27th, 2018** |

Plaintiffs William Bossen, Kellie Hembree, Donald Burrows, Kala Murray, Darlene Wilgus, Jeanne Wertsbaugh Startzman, Carol Hopkins, Darlene Conner, Heidi Whaley, Travis Jones, and Neil Evans and Defendants Bank of America, N.A. and KeyCorp stipulate and consent to Plaintiffs filing the attached Exhibit 1, proposed Third Amended Complaint, pursuant to Fed. R. Civ. Proc. 15(a)(2), which provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave."

*STIPULATION &*
*[PROPOSED] ORDER - 1*

*Attorney West Seattle, P.S.*
*5400 California Ave. SW Ste E*
*Seattle, WA 98136*

Plaintiffs and Defendants, through their counsel, hereby move and stipulate to the accompanying proposed Order, which GRANTS Plaintiffs leave to file the attached Exhibit 1, proposed Third Amended Complaint pursuant to Local Civil Rule 15.

STIPULATED AND AGREED TO:

DATED this Wednesday, June 27th, 2018.

By: /s/ Eric J. Harrison
Eric J. Harrison, WSBA# 46129
Attorney West Seattle, P.S.
5400 California Ave. SW, Ste E
Seattle, WA 98136
Counsel to Plaintiffs

By: /s/Shannon L. McDougald
By: /s/Trent M. Latta
Shannon L. McDougald, WSBA #24231
Trent M. Latta, WSBA #42360
McDouglad Law Group P.S.
Counsel to KeyCorp

By: /s/Ryan M. Carson
Ryan M. Carson, WSBA #41057
Wright Finlay & Zak LLP
Counsel to Bank of America, N.A.

STIPULATION &
[PROPOSED] ORDER - 2

*Attorney West Seattle, P.S.*
*5400 California Ave. SW Ste E*
*Seattle, WA 98136*

| | |
|---|---|
| 1 | |
| 2 | **[PROPOSED] ORDER**  *JLR* |
| 3 | Based on the foregoing stipulation of the Plaintiffs and Defendants Bank of America, N.A. and KeyCorp, and good cause appearing, the Court hereby Orders the following: |
| 4 | (1) Plaintiffs are hereby granted leave to file their Third Amended Complaint no |
| 5 | later than 14 days from the date of this Order. Defendant Key Bank's Motion to dismiss the Second Amended Complaint is DENIED as moot (Dkt 13).  *JLR* |
| 6 | Dated this 28th day of June 2018. |
| 7 | |
| 8 | _____<br>JAMES L. ROBART<br>United States District Judge |

STIPULATION &
[PROPOSED] ORDER - 3

Attorney West Seattle, P.S.
5400 California Ave. SW Ste E
Seattle, WA 98136